UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

IN RE:                                           :        CASE NO. 10-11163
                                                          CHAPTER 13
ROBIN LYNNE SITTASON
                                                 :        JUDGE JEFFERY P. HOPKINS
    DEBTOR
                                                 :        NOTICE OF TRANSMITTAL OF
                                                          UNCLAIMED FUNDS

    Comes now the Chapter 13 Trustee, Margaret A. Burks, and places unclaimed funds into the Registry Fund pursuant to 11 U.S.C Section 347(a) and Federal Rule of Bankruptcy Procedure 3011.

    The Trustee has made numerous attempts to contact the debtor(s).  Certification of Final Payment has been filed in this case.  These Funds are now unclaimed.

Check No.                    Amount
 917252                       $4.99


Debtor Address
ROBIN LYNNE SITTASON
6016 ELBOOK AVE
CINCINNATI, OH  45237


                                                          Respectfully submitted,


                                          /s/     Margaret A. Burks, Esq.
                                                  Margaret A. Burks, Esq.
                                                  Chapter 13 Trustee
                                                  Attorney No. OH 0030377

                                                  Francis J. DiCesare, Esq.
                                                  Staff Attorney
                                                  Attorney No. OH 0038798

                                                  Karolina F. Perr, Esq.
                                                  Staff Attorney
                                                  Attorney No. OH 0066193

                                                  600 Vine Street, Suite 2200
                                                  Cincinnati, OH 45202
                                                  (513) 621-4488
                                                  (513) 621 2643 (Facsimile)
                                                  mburks@cinn13.org - Correspondence only
                                                  fdicesare@cinn13.org
                                                  kperr@cinn13.org

Registry_Deposit_for_Debtors

CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing Notice of Transmittal of Unclaimed Funds was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the Court on this day, October 20, 2010.

                         /s/    Margaret A. Burks, Esq.
                                 Margaret A. Burks, Esq.

Debtor(s)
ROBIN LYNNE SITTASON
6016 ELBOOK AVE
CINCINNATI, OH  45237

Debtor(s) Counsel
GOERING & GOERING
220 WEST 3RD STREET
CINCINNATI, OH  45202

U.S. TRUSTEE
36 EAST SEVENTH STREET, SUITE 2030
CINCINNATI, OHIO 45202
 (service waived)